UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CUTTY,<br><br>            Plaintiff,<br><br>     v.<br><br>TRANSUNION LLC,<br><br>            Defendant. | Case No.  1:23-cv-01312-NODJ-BAM<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE PAPERS TO DISMISS ACTION**<br><br>(Doc. 10)<br><br>**Response Due:     February 23, 2024** |

Plaintiff filed a notice of settlement stating that the parties had reached a settlement agreement.  (Doc. 10, 11.)  On December 1, 2023, the Court ordered the parties to file appropriate papers to dismiss the action on or before January 29, 2024.  (Doc. 10.)  That Order cautioned that failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.  However, the parties have not filed papers to dismiss this action, nor provided further update to the Court regarding the settlement.

///

///

///

///

1

Accordingly, the parties are ORDERED TO SHOW CAUSE for the failure to file appropriate papers to dismiss this action.  Plaintiff and Counsel for Defendant shall respond to the Order to Show Cause, in writing, no later than **February 23, 2024**.  The parties may also respond to this Order to Show Cause by filing the appropriate papers to dismiss this action. Failure to respond to the Order to Show Cause may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **February 5, 2024**              /s/ *Barbara A. McAuliffe*         _
                                         UNITED STATES MAGISTRATE JUDGE