Charlotte Long, Esq. (SBN 347160)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  (469) 578-1464
E-Mail:  charlotte.long@transunion.com

Attorney for Defendant
Trans Union, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| STEPHEN J. CUTTY,<br>          Plaintiff,<br><br>    vs.<br><br>TRANSUNION LLC,<br>          Defendant. | ) CASE NO. 1:23-cv-01312-NODJ-BAM<br>)<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER OF DISMISSAL WITH**<br>) **PREJUDICE AS TO DEFENDANT**<br>) **TRANSUNION, LLC ONLY** |

   Plaintiff Stephen J. Cutty, *pro se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

                                                            Respectfully Submitted,

Date:  February 15, 2024           /s/ Stephen J. Cutty*
                                                            Stephen J. Cutty
                                                            234 Flower St.
                                                            Bakersfield, CA  93305

                                                            *Pro Se Plaintiff*

                                                            **Original signature retained by attorney*
                                                            *Charlotte Long*

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 1:23-cv-01312-NODJ-BAM**

| | | |
|---|---|---|
| 1 | Date:  February 22, 2024 | */s/ Charlotte Long* |
| 2 | | Charlotte Long, Esq. (SBN #347160) |
| | | Trans Union, LLC |
| 3 | | 555 W. Adams Street |
| 4 | | Chicago, IL  60661 |
| | | Telephone:  (469) 578-1464 |
| 5 | | E-Mail:  charlotte.long@transunion.com |

*Counsel for Defendant Trans Union, LLC*

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 1:23-cv-01312-NODJ-BAM**

**ORDER**

On February 22, 2024, the parties in this action filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41 as to Defendant Trans Union, LLC only, with each party to bear its own costs and attorneys' fees. (Doc. 13.) As Defendant Trans Union, LLC is the only defendant in this matter, the Court construes this as a stipulation of dismissal of the action in its entirety. In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). This Court VACATES all pending dates and matters. The Clerk of the Court is directed to assign a district judge for the purpose of closing this case and then to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: **February 22, 2024**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 1:23-cv-01312-NODJ-BAM**